UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ELIZABETH TRAIN,                                :
               Plaintiff,                 :
                                           :
v.                                              :     **ORDER**
                                           :
                                           :     20 CV 2721 (VB)
C R BARD, INC., and BARD PERIPHERAL             :
VASCULAR INC.,                                  :
               Defendants.                :
--------------------------------------------------------------x

       On July 21, 2020, the Court ordered plaintiff's counsel to advise on whether this case should be transferred to Manhattan or explaining why the case is properly designated for assignment to White Plains under Rule 18 by July 28, 2020.  (Doc. #11).

       To date, plaintiff's counsel has failed to respond to the Court's July 21 Order.

       Accordingly, the Court <u>sua sponte</u> extends plaintiff's counsel's time to comply with the Court's July 21 Order to August 6, 2020.  The Court reminds counsel that its orders are not mere suggestions.

Dated: July 30, 2020
       White Plains, NY

                                           SO ORDERED:

                                           _____
                                           Vincent L. Briccetti
                                           United States District Judge